**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Johanna Thomas,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CASE NO.  1:10cv01012** |
| | ) | |
| **vs.** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **City of Brook Park, et al.,** | ) | |
| | ) | **DISMISSAL ENTRY** |
| **Defendant.** | ) | |

Counsel has advised the Court that this case has settled.  Accordingly, this case is hereby dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/Dan Aaron Polster 12/13/10*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge**